```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**WILLIAM HOWARD ALESHIRE,**

      **Plaintiff,**

v.                                    Civil Action No. 2:13-23095

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 16, 2014; and the magistrate judge having recommended that the court dismiss the civil action without prejudice and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.  The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

    2.  This civil action is dismissed without prejudice.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: June 3, 2014

John T. Copenhaver, Jr.
United States District Judge